54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 1 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

ZIMCO MARINE, INC.                    *
                                      *
        VS                            *   C.A. NO. B94 064
                                      *
O/S DON VICENTE                       *
and her appurtenances, in rem,        *
ET AL

## O R D E R

Inasmuch as this matter was dismissed without prejudice by
Order of February 26, 1997, Defendants' Amended Motion for Leave to
File Answer (Docket Entry No. 52) is **DENIED as moot.**

**SO ORDERED.**

DONE at Brownsville, Texas, this 19th day of January, 1999.

Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT